■ In the Matter of CLEVELAND A. H., a Person Alleged to be in Need of Supervision, Appellant. ERIE COUNTY ATTORNEY, Respondent. [637 NYS2d 574] —Case held, decision reserved and matter remitted to Erie County Family Court for further proceedings in accordance with the following Memorandum: Although Family Court stated the reasons for its determination on the record, the order of disposition does not comply with Family Court Act § 754 (2) because it does not set forth "the court's reasons for the particular disposition." The requirement of the statute is mandatory *(Matter of Tynisah S.,* 201 AD2d 958), requiring remittitur for amendment of the order to comply with the statutory mandate *(see, Matter of Robert U.,* 189 AD2d 1014, *lv denied* 82 NY2d 653, *appeal dismissed* 82 NY2d 748). (Appeal from Order of Erie County Family Court, Townsend, J.—Person In Need of Supervision.) Present—Pine, J. P., Wesley, Callahan, Davis and Boehm, JJ.